Opinion issued June  17,
2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00786-CV

———————————

RHONDA J.
BOWLES, Appellant

V.

REBECCA A. ROSS, Appellee



 



 

On Appeal from the County Civil Court at Law No. 1

 Harris County, Texas



Trial Court Case No. 943182

 



 

MEMORANDUM OPINION

Appellant, Rhonda J. Bowles, has neither established
indigence, nor paid or made arrangements to pay the clerk’s fee for preparing
the clerk’s record.  See Tex. R. App. P. 20.1 (listing
requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal
if no clerk’s record filed due to appellant’s fault).  After being notified that this appeal was
subject to dismissal, appellant Rhonda J. Bowles, did not adequately
respond.  See Tex. R. App. P. 42.3(c) (allowing
involuntary dismissal of case).

          We
dismiss the appeal for want of
prosecution for failure to pay or make arrangements to pay the clerk’s
fee.  We deny all pending motions.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Bland and Sharp.